# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 8841 | **DATE** | 12/28/2001 |
| **CASE TITLE** | Bryan Keith vs. Deputy Sheriff Coffee | | |

**MOTION:**
[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Order. Accordingly as stated in the Opinion, this action is dismissed because of Keith's failure to establish compliance with Section 1997e(a). It is therefore unnecessary to resolve the question of timeliness (though that problem could independently doom this action as well). This dismissal moots Keith's "Motion for In Forma Pauperis." (3-1)

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | JAN X 2 2002 | |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | FILED FOR DOCKETING | 12/28/2001 | |
| SN | courtroom deputy's initials | 01 DEC 28 PM 4: 27 | date mailed notice | |
| | | Date/time received in central Clerk's Office | SN | |
| | | | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRYAN KEITH,                          )
                                      )
              Plaintiff,              )
                                      )
    v.                                )    No.  01 C 8841
                                      )
DEPUTY SHERIFF COFFEE,                )
                                      )
              Defendant.              )

DOCKETED JAN 2 2002

## MEMORANDUM ORDER

This Court's November 28, 2001 memorandum opinion and order
("Opinion") set out two obvious problems posed by the newly-
tendered 42 U.S.C. §1983[1] Complaint sought to be filed by Bryan
Keith ("Keith")--problems stemming from (1) Keith's failure to
demonstrate his compliance with Section 1997e(a), which
establishes the precondition that Keith must first have exhausted
his administrative remedies, and (2) the apparent untimeliness of
his putative new action.  Despite the clear directives contained
in the Opinion, Keith has failed to file any timely submission
bearing upon whether he had taken appropriate action to satisfy
Section 1997e(a), nor has he timely provided the requested
information that could support his having presented his current
filing within the applicable two-year limitations period.

Accordingly, as stated in the Opinion, this action is
dismissed because of Keith's failure to establish compliance with

---

    [1]  All further references to Title 28's provisions will
simply take the form "Section--."



Section 1997e(a). It is therefore unnecessary to resolve the question of timeliness (though that problem could independently doom this action as well). This dismissal moots Keith's "Motion for In Forma Pauperis."

_Milton I. Shadur_
Milton I. Shadur
Senior United States District Judge

Date: December 28, 2001